

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00630-CV

Philip **SIMPSON**,
Appellant

v.

**COUNTRY OAKS MHC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV02529
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: December 20, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due by November 2, 2023 and was not filed. We therefore ordered appellant to file, by November 27, 2023, his brief and a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned appellant if he failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c). Appellant did not respond to our order. Accordingly, because appellant has failed to timely file a brief, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c).

PER CURIAM